IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TED SMITH,

        Petitioner,

v.

KRISTI SMITH (ex-wife) a.k.a
Kristi Harrison,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2441

Opinion filed June 8, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Ted Smith, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

        DENIED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.